UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JEREMY GODSEY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CAUSE NO. 1:10-cv-00394 TWP-DML ) |
| **AMERICARE AMBULANCE SERVICES, LLC.,** | ) ) ) |
| **Defendant.** | ) ) |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter has come before the Court on the Stipulation of Dismissal with Prejudice filed by the parties hereto, and the Court having considered the same and being otherwise duly advised in the premises, now finds that said Stipulation should be approved.

IT IS, THEREFORE, ORDERED that this cause is hereby dismissed, with prejudice, each party to bear its own attorney's fees and costs.

DATED: 01/18/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution to:**

Andrew Dutkanych III – ad@bdlegal.com

Christopher S. Wolcott – cwolcott@bdlegal.com

Attorneys for Plaintiff

John H. Lewis – lewis@lewisandwilkins.com

Attorney for Defendant

INDS02 1145055v1